## J. S. FLEMING, Appellant, v. UNITED STATES of America, Appellee.
### No. 4351.

Circuit Court of Appeals, Fourth Circuit.
June 22, 1938.

S. H. Sutherland, of Clintwood, Va., Geo. C. Sutherland, of Grundy, Va., and M. W. Vicars, of Wise, Va., for appellant.

Joseph H. Chitwood, U. S. Atty., of Roanoke, Va., and Howard C. Gilmer, Jr., Asst. U. S. Atty., of Pulaski, Va., for appellee.

PER CURIAM.

Judgment of District Court affirmed. Judgment filed.

## FEDERAL TRADE COMMISSION, Petitioner, v. CHASE CANDY COMPANY.
### No. 408.

Circuit Court of Appeals, Eighth Circuit.
Jan. 20, 1938.

W. T. Kelley, Chief Counsel, Federal Trade Commission, Martin A. Morrison, Asst. Chief Counsel, and Henry C. Lank, P. C. Kolinski, and James W. Nichol, Sp. Attys., all of Washington, D. C., Federal Trade Commission, for petitioner.

PER CURIAM.

Order of Federal Trade Commission to cease and desist affirmed, and the respondent, Chase Candy Company, ordered to file with Federal Trade Commission a report in writing setting forth in detail the manner and form in which it has complied with the decree of affirmance of this Court.

## Orville Chester GARRISON, Appellant, v. UNITED STATES of America.
### No. 11128.

Circuit Court of Appeals, Eighth Circuit.
Feb. 25, 1938.

Joseph Miniace, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Richard K. Phelps, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this Court, under the provisions of Rule 26, Paragraph 4, on motion of counsel for appellee.

## Glenn H. GOODMAN, Petitioner, v. Thomas C. MUNGER, United States District Judge of the District of Nebraska.
### No. 410.

Circuit Court of Appeals, Eighth Circuit.
March 1, 1938.

Glenn H. Goodman, in pro. per.

PER CURIAM.

Leave to file petition for writ of mandamus denied.